FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00333-CR
### NO. 02-15-00334-CR
### NO. 02-15-00335-CR
### NO. 02-15-00336-CR
### NO. 02-15-00337-CR

BARON D. BOSTICE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 0957231D, 1001707R, 1001711R, 1001712R, 1001713R

------------

## ORDER

------------

We have construed pro se appellant's letter filed November 12, 2015, as a motion.  Because appellant drafted his letter before we issued our opinion on November 12, 2015, we do not construe his motion as a motion for rehearing.

For the reasons set out in our November 12, 2015 opinion, we have no jurisdiction over appellant's appeal.  Accordingly, appellant's motion is **DISMISSED** for want of jurisdiction as well.

FILE COPY

The clerk of this court is directed to transmit a copy of this order to the appellant and attorneys of record.

DATED November 23, 2015.

PER CURIAM

2